IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM S. YANCEY, Individually and on Behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. a/k/a CCI AMMUNITION <br><br> Defendants. | Civil Action No. 1:11-cv-00108 <br><br> Complaint – Class Action. <br><br> JURY DEMANDED |

## ORDER GRANTING MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

Pending before the Court is the Joint Motion for Continuance of Initial Case Management Conference of Plaintiff, William S. Yancey, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant, Remington Arms Company, LLC ("Remington"). Based upon a review of the record, the agreement of Plaintiff and Remington to the requested continuance, and noting the Defendant Cascade Cartridge, Inc. a/k/a CCI Ammunition does not oppose the requested continuance, and for good cause shown, the Court finds that the Joint Motion to Continue Initial Case Management Conference is well-taken and should be granted.

It is, therefore, ORDERED that the Initial Case Management Conference currently scheduled for Monday, February 27, 2012, at 2:00 p.m. is hereby rescheduled for Monday, March 19, 2012, at 2:00 p.m.

SO ENTERED, this 24th day of February, 2012.

9361927_1.DOC
Case 1:11-cv-00108   Document 26-1   Filed 02/23/12   Page 1 of 3 PageID #: 70
Case 1:11-cv-00108   Document 27   Filed 02/24/12   Page 1 of 2 PageID #: 73

William J. Haynes, Jr.
U.S. District Judge

PREPARED FOR ENTRY:

/s/ James A. Beakes III
James A. Beakes III, BPR# 24073
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2433
Telephone: 615-244-9270
Facsimile: 615-256-8197
Email: jbeakes@millermartin.com

Roger W. Dickson, BPR# 1933
MILLER & MARTIN PLLC
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: 423-756-6600
Facsimile: 423-785-8480
Email: rdickson@millermartin.com

Jon D. Robinson, IL ARDC #02356678
Christopher M. Ellis, IL ARDC #06274872
Bolen, Robinson & Ellis, LLP
202 South Franklin Street, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Facsimile: 217-329-0034
Email: jrobinson@brelaw.com
        cellis@brelaw.com

Eric D. Holland, #39935MO
R. Seth Crompton, #57448MO
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker, Suite 801
St. Louis, Missouri 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554
Email: eholland@allfela.com
        scrompton@allfela.com

*Attorneys for Plaintiff*

9361927_1.DOC
Case 1:11-cv-00108    Document 26-1    Filed 02/23/12    Page 2 of 3 PageID #: 71
Case 1:11-cv-00108    Document 27    Filed 02/24/12    Page 2 of 2 PageID #: 74