# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM S. YANCEY, Individually and on Behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 11-cv-00108 |
| v. ) ) | Complaint – Class Action. |
| REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. a/k/a CCI AMMUNITION ) ) ) ) | JURY DEMANDED |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO EXTEND THE TIME
## TO FILE HIS MOTION FOR CLASS CERTIFICATION

Plaintiff, William S. Yancey, individually and on behalf of all others similarly situated ("Plaintiff"), respectfully requests the Court to extend the time to file his Motion for Class Certification. In support of his Motion, Plaintiff states:

1. Plaintiff filed the present class action Complaint on December 19, 2011. (Doc. #1).

2. Plaintiff sent a waiver of service to Defendant Remington Arms Company, LLC ("Remington") on January 6, 2012, which waiver was executed and returned on February 14, 2012. (Doc. #24).

3. Plaintiff sent a waiver of service to Defendant Ammunition Accessories Inc., improperly named as Cascade Cartridge, Inc., a/k/a CCI Ammunition on February 22, 2012, which waiver was executed and returned on February 22, 2012. (Doc. #25).

4. The Initial Case Management Conference in this matter was originally set for February 27, 2012. (Doc. #3).

1

5. By Court Order dated February 24, 2012, a Joint Motion to continue the Initial Case Management Conference was granted, resetting the conference to March 30, 2012. (Doc. #27).

6. Plaintiff respectfully requests that the sixty (60) day filing deadline for his class certification motion pursuant to LR23.01(b) be extended until a date to be set at the March 30, 2012 Initial Case Management Conference.

7. Proceeding in the above manner will not prejudice any of the parties or cause undue delay in the litigation; indeed, the parties have yet to conduct their Rule 26 conference and no responsive pleadings have been filed by either Defendant.

8. Plaintiff has conferred with both Defendants regarding the present Motion and Defendants do not oppose the Motion. Defendants expressly reserve their right to file responsive pleadings or motions in response to the Complaint within the time permitted by the executed waivers of service.

**WHEREFORE**, for the reasons stated, Plaintiff respectfully requests that the Court extend the time for Plaintiff to file his Motion for Class Certification to a date to be established by the Court at the March 30, 2012 Initial Case Management Conference.

Respectfully submitted,

/s/ James A. Beakes III
James A. Beakes III, BPR# 24073
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2433
Telephone: 615-244-9270
Facsimile: 615-256-8197
Email: jbeakes@millermartin.com

Roger W. Dickson, BPR# 1933
MILLER & MARTIN PLLC
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: 423-756-6600
Facsimile: 423-785-8480
Email: rdickson@millermartin.com

Jon D. Robinson, IL ARDC #02356678
Christopher M. Ellis, IL ARDC #06274872
Bolen, Robinson & Ellis, LLP
202 South Franklin Street, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Facsimile: 217-329-0034
Email: jrobinson@brelaw.com
       cellis@brelaw.com

Eric D. Holland, #39935MO
R. Seth Crompton, #57448MO
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker, Suite 801
St. Louis, Missouri 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554
Email: eholland@allfela.com
       scrompton@allfela.com

*Attorneys for Plaintiff*

3

Case 1:11-cv-00108   Document 29   Filed 03/01/12   Page 3 of 4 PageID #: 83

Roger W. Dickson, BPR# 1933
MILLER & MARTIN PLLC
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: 423-756-6600
Facsimile: 423-785-8480
Email: rdickson@millermartin.com

Jon D. Robinson, IL ARDC #02356678
Christopher M. Ellis, IL ARDC #06274872
Bolen, Robinson & Ellis, LLP
202 South Franklin Street, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Facsimile: 217-329-0034
Email: jrobinson@brelaw.com
       cellis@brelaw.com

Eric D. Holland, #39935MO
R. Seth Crompton, #57448MO
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker, Suite 801
St. Louis, Missouri 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554
Email: eholland@allfela.com
       scrompton@allfela.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2012, a true and correct copy of the foregoing was served on the parties listed below via U.S. first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Dale G. Wills, Esq.
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611

F. Laurens Brock, Esq.
Adams and Reese LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, TN 37219
*Attorneys for Remington Arms Company, LLC*

George William Soule, Esq.
Bowman and Brooke LLP
150 South Fifth Street
Suite 3000
Minneapolis, MN 55402

John R. Tarpley, Esq.
Lewis, King, Krieg & Waldrop, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
*Attorneys for Cascade Cartridge, Inc.*

/s/ James A. Beakes III
James A. Beakes III

4