# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

WILLIAM S. YANCEY,

        Plaintiff,

v.

REMINGTOM ARMS COMPANY,
LLC and CASCADE CARTRIDGE,
INC.

)
)
)
)
)
)
)
)
)
)
)
)

No. 1:11-cv-00108

JURY DEMANDED

JUDGE WILLIAM J. HAYNES, JR.

*ORDER*
*The motion*
*is GRANTED*
*[signature]*
*3-2-12*

## MOTION FOR PRO HAC VICE ADMISSION OF
## GEORGE WILLIAM SOULE

The undersigned counsel move this Court for admittance *pro hac vice*, and in support thereof, the undersigned counsel state as follows:

1.     As set forth in the Affidavit of George William Soule, filed simultaneously herewith as Attachment A, George William Soule is a member in good standing of the United States District Court for the District of Minnesota. This is further reflected in the Certificate of Good Standing, which is attached to the Affidavit as *Exhibit 1*. George William Soule is a member of the law firm Bowman and Brooke LLP, 150 S. Fifth Street, Suite 3000, Minneapolis, Minnesota, telephone (612) 672-3251, facsimile (612) 672-3200, email george.soule@bowmanandbrooke.com.

2.     George William Soule is working in conjunction with John R. Tarpley and Mary Beth Haltom, members of the firm Lewis, King, Krieg & Waldrop, P.C., 424 Church Street, Suite 2500, Nashville, Tennessee 37219, telephone (615) 259-1366, facsimile (615) 259-1389, email jtarpley@lewisking.com and mhaltom@lewisking.com, who are members of the bar of this Court and who will appear in conjunction with him in this case.

**WHEREFORE**, it is hereby requested that George William Soule be admitted to this Court *pro hac vice*, and that he and the law firm of Bowman and Brooke LLP, and John R. Tarpley and Mary Beth Haltom and the law firm of Lewis, King, Krieg & Waldrop, P.C., be noted as counsel of record for this Defendant.

Respectfully submitted,

LEWIS, KING, KRIEG & WALDROP, P.C.

By:    /s/ John R. Tarpley
       John R. Tarpley, BPR # 9661
       Mary Beth Haltom, BPR # 24462
       424 Church Street, Suite 2500
       Post Office Box 198615
       Nashville, TN 37219-8615
       (615) 259-1366 - telephone
       (615) 259-1389 – fax
       jtarpley@lewisking.com
       mhaltom@lewisking.com

Attorneys for Defendant Ammunition Accessories, Inc., improperly named as Cascade Cartridge, Inc. a/k/a CCI Ammunition