IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM S. YANCEY, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC.,<br>CASCADE CARTRIDGE, INC. a/k/a CCI<br>AMMUNITION<br><br>Defendants. | Civil Action No. 11-cv-00108<br><br>Complaint – Class Action.<br><br>JURY DEMANDED |

PLAINTIFF'S MOTION TO EXTEND THE TIME
TO FILE HIS MOTION FOR CLASS CERTIFICATION

*[Handwritten: ORDER / This motion is GRANTED / [signature] / 3-2-12]*

Plaintiff, William S. Yancey, individually and on behalf of all others similarly situated ("Plaintiff"), respectfully requests the Court to extend the time to file his Motion for Class Certification. In support of his Motion, Plaintiff states:

1. Plaintiff filed the present class action Complaint on December 19, 2011. (Doc. #1).

2. Plaintiff sent a waiver of service to Defendant Remington Arms Company, LLC ("Remington") on January 6, 2012, which waiver was executed and returned on February 14, 2012. (Doc. #24).

3. Plaintiff sent a waiver of service to Defendant Ammunition Accessories Inc., improperly named as Cascade Cartridge, Inc., a/k/a CCI Ammunition on February 22, 2012, which waiver was executed and returned on February 22, 2012. (Doc. #25).

4. The Initial Case Management Conference in this matter was originally set for February 27, 2012. (Doc. #3).

1

5. By Court Order dated February 24, 2012, a Joint Motion to continue the Initial Case Management Conference was granted, resetting the conference to March 30, 2012. (Doc. #27).

6. Plaintiff respectfully requests that the sixty (60) day filing deadline for his class certification motion pursuant to LR23.01(b) be extended until a date to be set at the March 30, 2012 Initial Case Management Conference.

7. Proceeding in the above manner will not prejudice any of the parties or cause undue delay in the litigation; indeed, the parties have yet to conduct their Rule 26 conference and no responsive pleadings have been filed by either Defendant.

8. Plaintiff has conferred with both Defendants regarding the present Motion and Defendants do not oppose the Motion. Defendants expressly reserve their right to file responsive pleadings or motions in response to the Complaint within the time permitted by the executed waivers of service.

**WHEREFORE**, for the reasons stated, Plaintiff respectfully requests that the Court extend the time for Plaintiff to file his Motion for Class Certification to a date to be established by the Court at the March 30, 2012 Initial Case Management Conference.

Respectfully submitted,

/s/ James A. Beakes III
James A. Beakes III, BPR# 24073
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2433
Telephone: 615-244-9270
Facsimile: 615-256-8197
Email: jbeakes@millermartin.com

2

Case 1:11-cv-00108   Document 29   Filed 03/01/12   Page 2 of 4 PageID #: 82
Case 1:11-cv-00108   Document 31   Filed 03/05/12   Page 2 of 2 PageID #: 88