# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 11-cv-00108 ) |
| vs. | ) ) Judge William J. Haynes, Jr. ) |
| REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION | ) ) ) ) |
| Defendants. | |

## DEFENDANT REMINGTON ARMS COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Defendant, REMINGTON ARMS COMPANY, INC. ("Remington") respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing the Complaint of the Plaintiff, William S. Yancey. For the following reasons, Plaintiff has failed to state a claim upon which relief can be granted:

1. The Complaint fails to state a claim under the Magnuson-Moss Warranty Act ("MMWA") because (a) it is time-barred by the statute of limitations, (b) Plaintiff has not adequately alleged an injury or damages, (c) the alleged warranty underlying his MMWA claim did not constitute part of the basis of the bargain between the parties, as required by the MMWA, and (d) the Complaint fails to state a claim for breach of implied warranty because Plaintiff is not in privity with Defendant Remington.

1

2. The Complaint fails to state a claim under the N.C. Monopolies, Trusts, and Consumer Protection Act because (a) Plaintiff has not adequately alleged any unfair or deceptive trade acts, (b) he has not adequately alleged that he relied upon any statements, and (c) he has not adequately alleged an injury or damages.

3. The Complaint fails to state a claim for unjust enrichment because (a) an express contract exists, (b) Plaintiff did not confer a benefit onto Defendant, and (c) Plaintiff has not exhausted all remedies against those with whom he is in privity.

The Memorandum in Support and Attachments filed herewith set forth the basis for this Motion and are incorporated herein by reference.

DATED: March 6, 2012

                                              Respectfully submitted,

                                              /s/ *F. Laurens Brock*

                                              F. Laurens Brock, BPR# 17666
                                              Adams and Reese LLP
                                              Fifth Third Center
                                              424 Church Street, Suite 2700
                                              Nashville, TN 37219
                                              Telephone: 615-259-1450
                                              Facsimile: 615-259-1470
                                              Email: larry.brock@arlaw.com

                                              **ATTORNEYS FOR DEFENDANT**
                                              **REMINGTON ARMS COMPANY, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following:

**Christopher M. Ellis**
Bolen, Robinson & Ellis, LLP
202 S Franklin Street
2nd Floor
Decatur, IL 62523
(217) 429-4296
Fax: (217) 329-0034
Email: cellis@brelaw.com

**Jon Robinson**
Bolen, Robinson & Ellis, LLP
202 S Franklin Street
2nd Floor
Decatur, IL 62523
(217) 429-4296
Fax: (217) 329-0034
Email: jrobinson@brelaw.com

**R. Seth Crompton**
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
(314) 241-8111
Fax: (314) 241-5554
Email: scrompton@allfela.com

**Eric D. Holland**
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
(314) 241-8111
Fax: (314) 241-5554
Email: eholland@allfela.com

**James A. Beakes , III**
Miller & Martin PLLC

150 Fourth Avenue, N
1200 One Nashville Place
Nashville, TN 37219-2433
(615) 744-8520
Fax: (615) 744-8660
Email: jbeakes@millermartin.com

**Roger W. Dickson**
Miller & Martin PLLC
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402
(423) 756-6600
Email: rdickson@millermartin.com

**ATTORNEYS FOR PLAINTIFF**


**George W. Soule**
Bowman & Brooke LLP
150 S Fifth Street
Suite 3000
Minneapolis, MN 55303
(612) 339-8682
Fax: (612) 672-3200
Email: george.soule@bowmanandbrooke.com

**John Roy Tarpley**
Lewis, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P O Box 198615
Nashville, TN 37219
(615) 259-1366
Fax: (615) 259-1389
Email: jtarpley@lewisking.com

**Mary Beth Haltom**
Lewis, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P O Box 198615

Nashville, TN 37219
(615) 259-1366
Email: mhaltom@lewisking.com

**ATTORNEYS FOR CO-DEFENDANT
Cascade Cartridge, Inc.**
*also known as*
**CCI Ammunition**


/s/  *F. Laurens Brock*

F. Laurens Brock