IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 11-cv-00108 ) |
| vs. | ) Judge William J. Haynes, Jr. ) |
| REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION | ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANT REMINGTON ARMS COMPANY'S MOTION TO TRANSFER

Defendant, REMINGTON ARMS COMPANY, LLC ("Remington") respectfully moves this Court pursuant to the "first-to-file" rule and 28 U.S.C. § 1404(a) to transfer this case to the United States District Court for the Middle District of North Carolina where *Maxwell v. Remington* is currently pending under Case Number 10-cv-00918. The Memorandum in Support, Attachments and Declaration filed herewith set forth the basis for this Motion and are incorporated herein by reference.

Respectfully submitted,

s/ *F. Laurens Brock*
F. Laurens Brock, BPR# 17666
Adams and Reese LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, TN 37219
Telephone: 615-259-1450
Facsimile: 615-259-1470
Email: larry.brock@arlaw.com

*Attorneys for Defendant*
*Remington Arms Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following:

**Christopher M. Ellis**
Bolen, Robinson & Ellis, LLP
202 S Franklin Street
2nd Floor
Decatur, IL 62523
(217) 429-4296
Fax: (217) 329-0034
Email: cellis@brelaw.com

**Jon Robinson**
Bolen, Robinson & Ellis, LLP
202 S Franklin Street
2nd Floor
Decatur, IL 62523
(217) 429-4296
Fax: (217) 329-0034
Email: jrobinson@brelaw.com

**R. Seth Crompton**
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
(314) 241-8111
Fax: (314) 241-5554
Email: scrompton@allfela.com

**Eric D. Holland**
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
(314) 241-8111
Fax: (314) 241-5554
Email: eholland@allfela.com

**James A. Beakes , III**
Miller & Martin PLLC
150 Fourth Avenue, N
1200 One Nashville Place
Nashville, TN 37219-2433

(615) 744-8520
Fax: (615) 744-8660
Email: jbeakes@millermartin.com

**Roger W. Dickson**
Miller & Martin PLLC
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402
(423) 756-6600
Email: rdickson@millermartin.com

**ATTORNEYS FOR PLAINTIFF**


**George W. Soule**
Bowman & Brooke LLP
150 S Fifth Street
Suite 3000
Minneapolis, MN 55303
(612) 339-8682
Fax: (612) 672-3200
Email: george.soule@bowmanandbrooke.com

**John Roy Tarpley**
Lewis, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P O Box 198615
Nashville, TN 37219
(615) 259-1366
Fax: (615) 259-1389
Email: jtarpley@lewisking.com

**Mary Beth Haltom**
Lewis, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P O Box 198615
Nashville, TN 37219
(615) 259-1366
Email: mhaltom@lewisking.com

**ATTORNEYS FOR CO-DEFENDANT**

**Cascade Cartridge, Inc.**
*also known as*
**CCI Ammunition**

/s/  *F. Laurens Brock*
F. Laurens Brock