IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION<br><br>          Defendants. | Civil Action No. 11-cv-00108<br><br>Judge William J. Haynes, Jr. |

## CORPORATE DISCLOSURE STATEMENT

Defendant REMINGTON ARMS COMPANY, LLC, by and through counsel, pursuant to Local Rule 7.02 of the Middle District of Tennessee Local Rules of Civil Procedure, certifies the following:

Defendant REMINGTON ARMS COMPANY, LLC states that it does not have any parent corporations and there is no publicly held corporation that owns more than 10% of its stock.

          Respectfully submitted,

          /s/ *F. Laurens Brock*
          F. Laurens Brock, BPR# 17666
          Adams and Reese LLP
          Fifth Third Center
          424 Church Street, Suite 2700
          Nashville, TN 37219
          Telephone: 615-259-1450
          Facsimile: 615-259-1470
          Email: larry.brock@arlaw.com

          **ATTORNEYS FOR DEFENDANT**
          **REMINGTON ARMS COMPANY, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following:

**Christopher M. Ellis**
Bolen, Robinson & Ellis, LLP
202 S Franklin Street
2nd Floor
Decatur, IL 62523
(217) 429-4296
Fax: (217) 329-0034
Email: cellis@brelaw.com

**Jon Robinson**
Bolen, Robinson & Ellis, LLP
202 S Franklin Street
2nd Floor
Decatur, IL 62523
(217) 429-4296
Fax: (217) 329-0034
Email: jrobinson@brelaw.com

**R. Seth Crompton**
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
(314) 241-8111
Fax: (314) 241-5554
Email: scrompton@allfela.com

**Eric D. Holland**
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
(314) 241-8111
Fax: (314) 241-5554
Email: eholland@allfela.com

**James A. Beakes , III**
Miller & Martin PLLC
150 Fourth Avenue, N
1200 One Nashville Place
Nashville, TN 37219-2433

(615) 744-8520
Fax: (615) 744-8660
Email: jbeakes@millermartin.com

**Roger W. Dickson**
Miller & Martin PLLC
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402
(423) 756-6600
Email: rdickson@millermartin.com

**ATTORNEYS FOR PLAINTIFF**


**George W. Soule**
Bowman & Brooke LLP
150 S Fifth Street
Suite 3000
Minneapolis, MN 55303
(612) 339-8682
Fax: (612) 672-3200
Email: george.soule@bowmanandbrooke.com

**John Roy Tarpley**
Lewis, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P O Box 198615
Nashville, TN 37219
(615) 259-1366
Fax: (615) 259-1389
Email: jtarpley@lewisking.com

**Mary Beth Haltom**
Lewis, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P O Box 198615
Nashville, TN 37219
(615) 259-1366
Email: mhaltom@lewisking.com

**ATTORNEYS FOR CO-DEFENDANT**

**Cascade Cartridge, Inc.**
*also known as*
**CCI Ammunition**

                                         */s/  F. Laurens Brock*
                                         F. Laurens Brock