```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675020796
Cashier ID: astraugh
Transaction Date: 03/08/2012
Payer Name: LEWIS AND KING
-----------------------------------
PRO HOC VICE
 For: GEORGE WILLIAM SOULE
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
-----------------------------------
CHECK
 Check/Money Order Num: 058388
 Amt Tendered:   $75.00
-----------------------------------
Total Due:       $75.00
Total Tendered:  $75.00
Change Amt:      $0.00

1:11-0108
```