IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO: 1:11-00108 ) JUDGE HAYNES |
| REMINGTON ARMS COMPANY, LLC and, CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION | ) ) JURY DEMAND ) ) |
| Defendants. | ) |

*handwritten annotation: "QUEEN, This motion is GRANTED s/ [signature] 3-9-12"*

## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES BRIAN VOGTS

Defendant Remington Arms Company, LLC ("Remington"), by and through undersigned counsel, respectfully moves the Court for an Order allowing James Brian Vogts to appear and practice before this Court in this action *pro hac vice* pursuant to Local Rule 83.01(d). In support of its motion, Remington would show to the Court as follows:

1. James Brian Vogts is a resident of the state of Illinois, and a member of the law firm of Swanson, Martin & Bell, LLP, 330 North Wabash, Suite 3300, Chicago, Illinois, 60611.

2. James Brian Vogts is a member in good standing of the bar of the United States District Court for the Northern District of Illinois. A certificate from the clerk of the United States District Court for the Northern District of Illinois certifying his good standing is filed contemporaneously herewith.

3. James Brian Vogts has retained the undersigned, F. Laurens Brock, of the law firm of Adams and Reese, LLP, in Nashville, Tennessee, to act as local counsel for Remington. Mr. Brock is in good standing before this Court and maintains his principal law office in Tennessee.