IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> REMINGTON ARMS COMPANY, LLC and, CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION <br><br> Defendants. | CIVIL ACTION NO: 1:11-00108 <br> JUDGE HAYNES <br><br> JURY DEMAND |

*[Handwritten notation: "The motion is GRANTED" with signature and date 3-9-12]*

## MOTION FOR ADMISSION *PRO HAC VICE* OF DALE G. WILLS

Defendant Remington Arms Company, LLC ("Remington"), by and through undersigned counsel, respectfully moves the Court for an Order allowing Dale G. Wills to appear and practice before this Court in this action *pro hac vice* pursuant to Local Rule 83.01(d). In support of its motion, Remington would show to the Court as follows:

1. Dale G. Wills is a resident of the state of Illinois, and a member of the law firm of Swanson, Martin & Bell, LLP, 330 North Wabash, Suite 3300, Chicago, Illinois, 60611.

2. Dale G. Wills is a member in good standing of the bar of the United States District Court for the Northern District of Illinois. A certificate from the clerk of the United States District Court for the Northern District of Illinois certifying his good standing is filed contemporaneously herewith.

3. Dale G. Wills has retained the undersigned, F. Laurens Brock, of the law firm of Adams and Reese, LLP, in Nashville, Tennessee, to act as local counsel for Remington. Mr. Brock is in good standing before this Court and maintains his principal law office in Tennessee.