IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WILLIAM S. YANCEY, | ) |
| | ) No. 1:11-cv-00108 |
| Plaintiff, | ) |
| | ) |
| v. | ) JURY DEMANDED |
| | ) |
| REMINGTON ARMS COMPANY, | ) |
| LLC and CASCADE CARTRIDGE, | ) JUDGE WILLIAM J. HAYNES, JR. |
| INC. | ) |

*[Handwritten annotation: This motion is GRANTED. [signature] 3-13-12]*

## MOTION FOR PRO HAC VICE ADMISSION OF
## JENNIFER K. HUELSKOETTER AND MELISSA RUTH STULL

The undersigned counsel move this Court for admittance *pro hac vice*, and in support thereof, the undersigned counsel state as follows:

1. As set forth in the Affidavits of Jennifer K. Huelskoetter and Melissa Ruth Stull, filed simultaneously herewith as Attachments A and B, each is a member in good standing of the United States District Court for the District of Minnesota. This is further reflected in the Certificates of Good Standing which are attached to the Affidavits attached respectively as Exhibit 1. Each is a member of the law firm Bowman and Brooke LLP, 150 S. Fifth Street, Suite 3000, Minneapolis, Minnesota, telephone number 612-672-3254, facsimile 612-672-3200, email addresses Jennifer.Huelskoetter@bowmanandbrooke.com and Melissa.Stull@bowmanandbrooke.com.

2. Each lawyer is working in conjunction with John R. Tarpley and Mary Beth Haltom, members of the firm Lewis, King, Krieg & Waldrop, P.C., 424 Church Street, Suite 2500, Nashville, Tennessee 37219, telephone (615) 259-1366, facsimile (615) 259-1389, email