```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675020845
Cashier ID: ehawkins
Transaction Date: 03/14/2012
Payer Name: ADAMS AND REESE LLP
------------------------------------
PRO HOC VICE
 For: JAMES BRIAN VOGTS
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: DALE G WILLS
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: ANDREW ARTHUR LOTHSON
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
------------------------------------
CHECK
 Check/Money Order Num: 011610
 Amt Tendered:   $225.00
------------------------------------
Total Due:       $225.00
Total Tendered:  $225.00
Change Amt:      $0.00

1:11-0108
```