IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM S. YANCEY, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. a/k/a CCI AMMUNITION<br><br>Defendants. | Civil Action No. 1:11-cv-00108<br><br>Complaint – Class Action.<br><br>JURY DEMANDED |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT REMINGTON ARMS COMPANY, LLC'S MOTION TO DISMISS AND MOTION TO TRANSFER

Pending before the Court is the Consent Motion for Extension of Time to File Response to Defendant Remington Arms Company, LLC's ("Remington") Motion to Dismiss and Motion to Transfer. Based upon a review of the record, and the agreement of Remington to the requested continuance, and for good cause shown, the Court finds that the Consent Motion for Extension of Time to File Response to Defendant Remington Arms Company, LLC's Motion to Dismiss and Motion to Transfer is well-taken and should be granted.

It is, therefore, ORDERED that the deadline for Plaintiff to file his responses to Remington's Motion to Dismiss and Motion to Transfer is hereby extended by two weeks, up to and including April 3, 2012.

SO ENTERED, this __16th__ day of March, 2012.

9439045_1.DOC

                                              William J. Haynes, Jr.
                                              U.S. District Judge

PREPARED FOR ENTRY:

/s/ James A. Beakes III
James A. Beakes III, BPR# 24073
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2433
Telephone: 615-244-9270
Facsimile: 615-256-8197
Email: jbeakes@millermartin.com

Roger W. Dickson, BPR# 1933
MILLER & MARTIN PLLC
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: 423-756-6600
Facsimile: 423-785-8480
Email: rdickson@millermartin.com

Jon D. Robinson, IL ARDC #02356678
Christopher M. Ellis, IL ARDC #06274872
Bolen, Robinson & Ellis, LLP
202 South Franklin Street, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Facsimile: 217-329-0034
Email: jrobinson@brelaw.com
         cellis@brelaw.com

Eric D. Holland, #39935MO
R. Seth Crompton, #57448MO
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker, Suite 801
St. Louis, Missouri 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554
Email: eholland@allfela.com
       scrompton@allfela.com

*Attorneys for Plaintiff*

9439045_1.DOC