```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675020926
Cashier ID: astraugh
Transaction Date: 03/21/2012
Payer Name: LEWIS KING
------------------------------------
PRO HAC VICE
  For: JENNIFER HUELSKOETTER
  Case/Party: D-TNM-3-07-AT-PROHAC-001
  Amount:        $75.00
PRO HAC VICE
  For: MELISA RUTH STULL
  Case/Party: D-TNM-3-07-AT-PROHAC-001
  Amount:        $75.00
------------------------------------
CHECK
  Check/Money Order Num: 058645
  Amt Tendered:  $150.00
------------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

1:11-0108
```