IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REMINGTON ARMS COMPANY, LLC )<br>and CASCADE CARTRIDGE, INC. )<br>A/K/A CCI AMMUNITION, )<br>)<br>Defendants. ) | CIVIL ACTION NO: 1:11-cv-00108<br>JUDGE HAYNES<br><br>JURY DEMAND |

### NOTICE OF APPEARANCE OF THOMAS ANTHONY SWAFFORD

Defendant Remington Arms Company, LLC ("Remington"), by and through undersigned counsel, notifies the Court that Thomas Anthony Swafford hereby enters his appearance as an attorney of record for Remington in the above matter.

[Signatures on following page]

Respectfully submitted,

s/Thomas Anthony Swafford
ADAMS AND REESE LLP
F. Laurens Brock (BPR #017666)
Thomas Anthony Swafford (BPR #017578)
Fifth Third Center
424 Church Street, Suite 2700
Nashville, TN 37219
Telephone: 615-259-1450
Facsimile: 615-269-1470
larry.brock@arlaw.com
tony.swafford@arlaw.com

SWANSON, MARTIN & BELL LLP
Dale G. Wills (admitted *pro hac vice*)
James B. Vogts (admitted *pro hac vice*)
Andrew A. Lothson (admitted *pro hac vice*)
330 North Wabash, Suite 3300
Chicago, IL 60611
Telephone: 312-321-9100
dwills@smbtrials.com
jvogts@smbtrials.com
alothson@smbtrials.com

*Counsel for Defendant Remington Arms Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following:

Christopher M. Ellis
Bolen, Robinson & Ellis, LLP
202 S Franklin Street
2nd Floor
Decatur, IL 62523
(217) 429-4296
Fax: (217) 329-0034
Email: cellis@brelaw.com

Jon Robinson
Bolen, Robinson & Ellis, LLP
202 S Franklin Street
2nd Floor
Decatur, IL 62523
(217) 429-4296
Fax: (217) 329-0034
Email: jrobinson@brelaw.com

R. Seth Crompton
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
(314) 241-8111
Fax: (314) 241-5554
Email: scrompton@allfela.com

Eric D. Holland
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
(314) 241-8111
Fax: (314) 241-5554
Email: eholland@allfela.com

3

Case 1:11-cv-00108   Document 50   Filed 03/23/12   Page 3 of 5 PageID #: 471

James A. Beakes, III
Miller & Martin PLLC
150 Fourth Avenue, N
1200 One Nashville Place
Nashville, TN 37219
(615) 744-8520
Email: jbeakes@millermartin.com

Roger W. Dickson
Miller & Martin PLLC
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402
(423) 756-6600
Email: rdickson@millermartin.com

**ATTORNEYS FOR PLAINTIFF**

George W. Soule
Bowman & Brooke LLP
150 S Fifth Street
Suite 3000
Minneapolis, MN 55303
(612) 339-8682
Fax: (612) 672-3200
Email: george.soule@bowmanandbrooke.com

John Roy Tarpley
Lewis, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P O Box 198615
Nashville, TN 37219
(615) 259-1366
Fax: (615) 259-1389
Email: jtarpley@lewisking.com

Mary Beth Haltom
Lewis, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P O Box 198615
Nashville, TN 37219
(615) 259-1366
Email: mhaltom@lewisking.com

**ATTORNEYS FOR CO-DEFENDANT CASCADE CARTRIDGE, INC.**
***ALSO KNOWN AS*** **CCI AMMUNITION**

                                         s/ Thomas Anthony Swafford