| | |
|---|---|
| **WILLIAM S. YANCEY, Individually and on behalf of all others similarly situated,** | |
| | Civil Action No. 1:11-cv-00108 |
| **Plaintiff,** | JUDGE WILLIAM J. HAYNES, JR. |
| vs. | JURY DEMANDED |
| **REMINGTON ARMS COMPANY, LLC, CASCADE CARTRIDGE, INC. a/k/a CCI AMMUNITION,** | |
| **Defendants.** | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMMUNITION ACCESSORIES INC.

Defendant Ammunition Accessories Inc. improperly identified as Cascade Cartridge, Inc., a/k/a CCI Ammunition, by and through counsel and pursuant to Local Rule 7.02 of the Middle District of Tennessee Local Rules of Civil Procedure, certifies the following:

Ammunition Accessories Inc. is a wholly-owned subsidiary of ATK Commercial Ammunition Company Inc., which in turn is a wholly-owned subsidiary of ATK Commercial Ammunition Holdings Company Inc., which in turn is a wholly-owned subsidiary of Alliant Techsystems Inc.

On April 1, 2012, Ammunition Accessories Inc. will merge into Federal Cartridge Company, which is also a subsidiary of Alliant Techsystems Inc.

Respectfully submitted,

**LEWIS, KING, KRIEG & WALDROP, P.C.**

By: /s/ John R. Tarpley
   John R. Tarpley (BPR #9661)
   424 Church Street, Suite 250
   P.O. Box 198615
   Nashville, TN 37219
   Telephone: 615-259-1366
   Facsimile: 615-259-1389
   jtarpley@lewisking.com

**BOWMAN AND BROOKE LLP**

By: /s/ George W. Soule, by John Tarpley with permission
   George W. Soule, Esq. (admitted *pro hac vice*)
   george.soule@bowmanandbrooke.com
   Jennifer K. Huelskoetter (admitted *pro hac vice*)
   jennifer.huelskoetter@bowmanandbrooke.com
   Melissa R. Stull (admitted *pro hac vice*)
   melissa.stull@bowmanandbrooke.com
   150 South Fifth Street, Suite 3000
   Minneapolis, MN 55402
   Telephone: 612-339-8682
   Facsimile: 612-672-3200

Attorneys for Defendant Ammunition Accessors, Inc.,
Improperly Identified as Cascade Cartridge, Inc.,
a/ka CCI Ammunition

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of March, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

F. Lauren Brock, Esq.
Adams and Reese, LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, TN 37219

Andrew Arthur Lothson, Esq.
James Brian Vogts, Esq.
Dale G. Willis, Esq.
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611

James A. Beakes, III, Esq.
Miller & Martin, PLLC
1200 One Nashville Place
150 Fourth Ave., North
Nashville, TN 37219

R. Seth Crompton, Esq.
Eric D. Holland, Esq.
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd. Suite 801
St. Louis, MO 63101

Roger W. Dickson, Esq.
Miller & Martin, LLP
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289

Christopher M. Ellis, Esq.
Jon Robinson, Esq.
Bolen, Robinson & Ellis, LLP
202 S. Franklin Street 2nd Floor
Decatur, IL 62523

         /s/ John R. Tarpley