IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| WILLIAM S. YANCEY, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:11-00108 JUDGE HAYNES |
| v. | ) ) | |
| REMINGTON ARMS COMPANY, LLC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This action is stayed pending the Court's resolution of the Defendants' motions to dismiss (Docket Entry Nos. 32 and 53) and/or motion to change venue (Docket Entry No. 34).

It is so **ORDERED**.

**ENTERED** this the 30th day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge