IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> REMINGTON ARMS COMPANY, LLC and, CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO: 1:11-00108 <br> ) JUDGE HAYNES <br> ) <br> ) JURY DEMAND <br> ) <br> ) <br> ) |

## CONSENT MOTION FOR LEAVE TO FILE REPLY

Defendant Remington Arms Company, LLC ("Remington"), by and through undersigned counsel, moves the Court pursuant to Local Rule 7.01(b) for leave to file Replies to Plaintiff William S. Yancey's Response in Opposition to Defendant Remington's Motion to Transfer ("Response to the Motion to Transfer") (D.E. No. 56) and Response in Opposition to Defendant Remington's Motion to Dismiss ("Response to the Motion to Dismiss") (D.E. No. 57), both filed on April 3, 2012. Plaintiff's counsel has been consulted and does not object to Remington filing Replies to Plaintiff's Response to the Motion to Transfer and Response to the Motion to Dismiss by April 24, 2012, provided that Remington does not object to a motion by Plaintiff to file sur-replies. As further grounds for this Motion, Remington states:

As this Court has stayed this proceeding pending its resolution of Remington's Motion to Transfer and Motion to Dismiss, Remington seeks to provide the Court with a complete record on which to base its decision. The Replies it seeks to file are limited in scope and will only

address issues raised in the Plaintiff's Response to the Motion to Transfer and his Response to the Motion to Dismiss.

WHEREFORE, Remington respectfully requests the Court grant this Motion and allow Remington to file Replies to the Plaintiff's Response to the Motion to Transfer and Response to the Motion to Dismiss on or before April 24, 2012.

Respectfully submitted,

s/F. Laurens Brock
ADAMS AND REESE LLP
F. Laurens Brock (BPR #017666)
Thomas A. Swafford (BRP #017578)
Craig L. Meredith (BPR #029506)
Fifth Third Center
424 Church Street, Suite 2700
Nashville, TN 37219
Telephone: 615-259-1450
Facsimile: 615-269-1470
larry.brock@arlaw.com

SWANSON, MARTIN & BELL LLP
Dale G. Wills (admitted *pro hac vice*)
James B. Vogts (admitted *pro hac vice*)
Andrew A. Lothson (admitted *pro hac vice*)
330 North Wabash, Suite 3300
Chicago, IL 60611
Telephone: 312-321-9100
dwills@smbtrials.com
jvogts@smbtrials.com
alothson@smbtrials.com

*Counsel for Defendant Remington Arms Company, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following:

Christopher M. Ellis
Jon Robinson
Bolen, Robinson & Ellis, LLP
202 S Franklin Street
2nd Floor
Decatur, IL 62523
(217) 429-4296
Fax: (217) 329-0034
Email: cellis@brelaw.com
Email: jrobinson@brelaw.com


R. Seth Crompton
Eric D. Holland
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
(314) 241-8111
Fax: (314) 241-5554
Email: scrompton@allfela.com
Email: eholland@allfela.com


James A. Beakes, III
Miller & Martin PLLC
150 Fourth Avenue, N
1200 One Nashville Place
Nashville, TN 37219
(615) 744-8520
Email: jbeakes@millermartin.com

Roger W. Dickson
Miller & Martin PLLC
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402
(423) 756-6600
Email: rdickson@millermartin.com

**ATTORNEYS FOR PLAINTIFF**

George W. Soule
Bowman & Brooke LLP
150 S Fifth Street
Suite 3000
Minneapolis, MN 55303
(612) 339-8682
Fax: (612) 672-3200
Email: george.soule@bowmanandbrooke.com

John Roy Tarpley
Mary Beth Haltom
Lewis, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P O Box 198615
Nashville, TN 37219
(615) 259-1366
Fax: (615) 259-1389
Email: jtarpley@lewisking.com
Email: mhaltom@lewisking.com

**ATTORNEYS FOR CO-DEFENDANT CASCADE CARTRIDGE, INC.**
***ALSO KNOWN AS*** **CCI AMMUNITION**

                                               s/ F. Laurens Brock