IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO: 1:11-00108 JUDGE HAYNES |
| REMINGTON ARMS COMPANY, LLC and, CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION, ) ) ) ) | JURY DEMAND |
| Defendants. ) | |

*[handwritten annotation: "Granted. This motion is Granted." with signature]*

## CONSENT MOTION FOR LEAVE TO FILE REPLY

Defendant Remington Arms Company, LLC ("Remington"), by and through undersigned counsel, moves the Court pursuant to Local Rule 7.01(b) for leave to file Replies to Plaintiff William S. Yancey's Response in Opposition to Defendant Remington's Motion to Transfer ("Response to the Motion to Transfer") (D.E. No. 56) and Response in Opposition to Defendant Remington's Motion to Dismiss ("Response to the Motion to Dismiss") (D.E. No. 57), both filed on April 3, 2012. Plaintiff's counsel has been consulted and does not object to Remington filing Replies to Plaintiff's Response to the Motion to Transfer and Response to the Motion to Dismiss by April 24, 2012, provided that Remington does not object to a motion by Plaintiff to file sur-replies. As further grounds for this Motion, Remington states:

As this Court has stayed this proceeding pending its resolution of Remington's Motion to Transfer and Motion to Dismiss, Remington seeks to provide the Court with a complete record on which to base its decision. The Replies it seeks to file are limited in scope and will only