IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM S. YANCEY, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. a/k/a CCI AMMUNITION<br><br>Defendants. | Civil Action No. 1:11-cv-00108<br><br>Complaint – Class Action.<br><br>JURY DEMANDED |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT AMMUNITION ACCESSORIES INC., IMPROPERLY NAMED AS CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION'S MOTION TO DISMISS

Pending before the Court is the Consent Motion for Extension of Time to File Response to Defendant Ammunition Accessories Inc., improperly named as Cascade Cartridge, Inc., a/k/a CCI Ammunition's ("Ammunition Accessories") Motion to Dismiss. Based upon a review of the record, and the agreement of Ammunition Accessories to the requested continuance, and for good cause shown, the Court finds that the Consent Motion for Extension of Time to File Response to Defendant Ammunition Accessories' Motion to Dismiss is well-taken and should be granted.

It is, therefore, ORDERED that the deadline for Plaintiff to file his response to Ammunition Accessories' Motion to Dismiss is hereby extended by two weeks, up to and including April 25, 2012.

9523645_1.DOC

SO ENTERED, this _11th_ day of April, 2012.

                                                    William J. Haynes, Jr.
                                                    U.S. District Judge

PREPARED FOR ENTRY:

/s/ James A. Beakes III
James A. Beakes III, BPR# 24073
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2433
Telephone: 615-244-9270
Facsimile: 615-256-8197
Email: jbeakes@millermartin.com

Roger W. Dickson, BPR# 1933
MILLER & MARTIN PLLC
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: 423-756-6600
Facsimile: 423-785-8480
Email: rdickson@millermartin.com

Jon D. Robinson, IL ARDC #02356678
Christopher M. Ellis, IL ARDC #06274872
Bolen, Robinson & Ellis, LLP
202 South Franklin Street, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Facsimile: 217-329-0034
Email: jrobinson@brelaw.com
       cellis@brelaw.com

9523645_1.DOC

Case 1:11-cv-00108   Document 60-1   Filed 04/10/12   Page 2 of 4 PageID #: 833
Case 1:11-cv-00108   Document 61   Filed 04/11/12   Page 2 of 2 PageID #: 837