IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WILLIAM S. YANCEY, Individually and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:11-cv-00108 |
| v. | ) ) | Complaint – Class Action. |
| REMINGTON ARMS COMPANY, LLC., and CASCADE CARTRIDGE, INC. a/k/a CCI AMMUNITION | ) ) ) ) | JURY DEMANDED |
| Defendants. | ) ) | |

### ORDER

The Court, upon consent of Plaintiff and Remington and without opposition by Federal Cartridge Company, hereby transfers this action to the United States District Court for the Middle District of North Carolina, Greensboro Division.

SO ORDERED:

_____
Honorable William J. Haynes, Jr.
U.S. District Judge

5-11-12
Dated